UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:19cr100/RV/HTC
 3:22cv122/RV/HTC

DAVID DENVER HOLLAND
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on August 25, 2022 (ECF No. 76). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 76) is adopted and incorporated by reference in this order.

2. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence" (ECF No. 62) is **DENIED.**

3. A certificate of appealability is **DENIED**.

#

**DONE AND ORDERED** this 6th day of October 2022.

      /s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**